UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

WATER STREET CAPITAL, LLC,

      Plaintiff,

v.

UNITED STATES LIABILITY INSURANCE
COMPANY, INC.

      Defendant.

CIVIL ACTION NO.  25-730

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, Water Street Capital, LLC, and the Defendant, United States Liability Insurance Company, by and through the undersigned counsel, that the above-captioned action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and that all claims and other requests for relief, whether asserted or unasserted, or requested in a pleading, motion, counterclaim, or otherwise, are dismissed with prejudice, with no party's attorneys' fees or costs being taxed against any other.

**[SIGNATURES FOLLOW ON NEXT PAGE]**

Respectfully Submitted,

For the Defendant,

United States Liability Insurance Company, Inc.

For the Plaintiff,

Water Street Capital, LLC.

/s/ Ian J. Gemmell
Ian J. Gemmell (# ct28816)
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Ave.
Boston, MA 02210
IGemmell@peabodyarnold.com
Telephone: 617-951-2024

/s/ Alexa Massad Powers
Alexa Massad Powers
Messier, Massad Burdick & Assoc. LLC
107 State Street
New London, CT 06320

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2025, a copy of foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

*/s/ Scarlett M. Rajbanshi*
Scarlett M. Rajbanshi

2